```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

JOVAN JORDAN,

    Petitioner,                   No. CIV S-06-1599 DFL GGH P

    vs.

MALFI, et al.,

    Respondents.         <u>ORDER</u>

_____/

        On October 11, 2006, the parties filed a stipulation to extend the time to file a joint scheduling statement.

        Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before December 20, 2006.

DATED: 10/23/06

                               /s/ Gregory G. Hollows

                               GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

jor1599.eot