IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOVAN JORDAN,

     Petitioner,                      No. CIV S-06-1599 DFL GGH P

   vs.

MALFI, Warden, et al.,

     Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus. On September 11, 2006, the court appointed counsel to represent petitioner. On August 30, 2006, petitioner himself filed a motion to stay this action. Because counsel has been appointed, the motion to stay is vacated.

        Accordingly, IT IS HEREBY ORDERED that petitioner's August 30, 2006, motion to stay is vacated.

DATED: 11/14/06                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

ggh:kj
jor1599.vac

1