IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOVAN JORDAN,

    Petitioner,                        No. CIV S-06-1599 DFL GGH P

    vs.

MALFI, et al.,

    Respondents.                   <u>ORDER</u>

_____/

        On December 15, 2006, the parties filed a second stipulation to extend the time to file a joint scheduling statement.

        Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before January 19, 2007.

DATED: 1/3/07                            /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

jor1599.eot(2)