IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,               No. CIV S-06-1599 DFL GGH P

    vs.

A. MALFI, et al.,

    Respondent.           <u>ORDER</u>

_____/

        On January 11, 2007, the parties filed a stipulation to extend the time for filing the joint scheduling statement.

        Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling statement is due on or before February 20, 2007.

DATED: 2/13/07

                                               /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

jo1599.eot(ord)