1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JO'VON JORDAN,

11            Petitioner,                    No. CIV S-06-1599 DFL GGH P

12        vs.

13   A. MALFI, et al.,

14            Respondent.                    ORDER

15   _____/

16            On February 15, 2007, the parties filed a stipulation to extend the time for filing

17   the joint scheduling statement.

18            Good cause appearing, IT IS HEREBY ORDERED that the joint scheduling

19   statement is due on or before March 22, 2007.

20   DATED: 2/21/07

21                                              /s/ Gregory G. Hollows

22                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

23
     jo1599.eot(3)
24

25

26

                                            1