IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VAN JORDAN,

    Petitioner,        No. CIV S-06-1599 DFL GGH P

  vs.

A. MALFI, et al.,

    Respondents.      <u>ORDER</u>

_____/

        On March 22, 2007, the parties filed a joint scheduling statement.  Good cause appearing, IT IS HEREBY ORDERED that petitioner's supplemental points and authorities shall be filed on or before May 21, 2007; respondent's response is due forty-five days thereafter; petitioner may file a reply within thirty days thereafter.

DATED:   4/4/07

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

jo1599.sch

1