1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JO'VAN JORDAN,

11          Petitioner,              No. CIV S-06-1599 DFL GGH P

12     vs.

13  A. MALFI, et al.,

14          Respondents.             ORDER
15  _____/

16          On May 21, 2007, petitioner's counsel filed a request for extension of time to file
17  a supplemental memorandum of points and authorities, or other motions, from May 21, 2007, to
18  August 20, 2007.  Counsel stated that she recently discovered that additional time for
19  investigation was needed.  Counsel stated that her confidential request for funding was pending
20  with the Office of the Federal defender.  Counsel stated that this request was expected to be
21  presented to the court for approval shortly.
22          The court has not yet received counsel's request for funding.
23  /////
24  /////
25  /////
26  /////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this |
| 2 | order, petitioner's counsel shall inform the court of the status of her request for funding for |
| 3 | investigation. |
| 4 | DATED: 6/18/07                                    /s/ Gregory G. Hollows |
| 5 | UNITED STATES MAGISTRATE JUDGE |
| 6 | |
| 7 | jo1599.ord |