IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VAN JORDAN,

    Petitioner,                    No. CIV S-06-1599 RRB GGH P

   vs.

A. MALFI, et al.,

    Respondents.                   ORDER

_____/

    Pending before the court is petitioner's May 21, 2007, request for extension of time to file a supplemental points and authorities.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's May 21, 2007, request for extension of time is granted; petitioner's supplemental memorandum of points and authorities is due on or before August 20, 2007.

DATED:  7/2/07

                                          /s/ Gregory G. Hollows

                                          UNITED STATES MAGISTRATE JUDGE

jo1599.eot