IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,                   No. CIV S-06-1599 RRB GGH P

    vs.

A. MALFI, et al.,

    Respondents.               ORDER

_____/

    Pending before the court is petitioner's August 13, 2007, request for an extension of time to file a supplemental points and authorities.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's August 13, 2007, request for extension of time is granted; petitioner's supplemental points and authorities is due on or before September 19, 2007.

DATED:  8/16/07                       /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

jo1599.eot(2)

1