IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

      Petitioner,            No. CIV S-06-1599 RRB GGH P

    vs.

A. MALFI, et al.,

      Respondents.       <u>ORDER</u>

_____/

        Pending before the court is petitioner's September 18, 2007, second request for an extension of time to file a supplemental points and authorities.

        Good cause appearing, IT IS HEREBY ORDERED that petitioner's September 18, 2007, request for extension of time is granted; petitioner's supplemental points and authorities is due on or before October 19, 2007.

DATED: 9/27/07                          /s/ Gregory G. Hollows

                                                 UNITED STATES MAGISTRATE JUDGE

jor1599.eot(3+)