IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

      Petitioner,                 No. CIV S-06-1599 RRB GGH P

    vs.

A. MALFI,

      Respondent.         <u>ORDER</u>

_____/

      Good cause appearing, IT IS HEREBY ORDERED that petitioner's October 19, 2007, application for extension of time is granted; petitioner's supplemental points and authorities is due on or before November 19, 2007.

DATED: 10/31/07                               /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

jo1599.ex