IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,        No. CIV S-06-1599 RRB GGH P

  vs.

A. MALFI, et al.,

    Respondents.      <u>ORDER</u>

_____/

      On November 19, 2007, petitioner filed an unopposed request for extension of time to file a supplemental memorandum of points and authorities.  Good cause appearing, IT IS HEREBY ORDERED that petitioner's supplemental points and authorities is due on or before December 19, 2007.

DATED:  11/29/07                      /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

jor1599.ord

1