IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,        No. CIV S-06-1599 RRB GGH P

  vs.

A. MALFI,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner has filed a request for extension of time to file a supplemental memorandum of points and authorities. Good cause appearing, IT IS HEREBY ORDERED that petitioner's supplemental memorandum of points and authorities is due on or before January 8, 2008.

DATED: 12/21/07              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

jo1599.eot(4)

1