IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,               No. CIV S-06-1599 RRB GGH P

    vs.

A. MALFI, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's January 8, 2007, request for extension of time is granted; petitioner's supplemental memorandum of points and authorities is due on or before January 15, 2008.

DATED: 01/15/08

                /s/ Gregory G. Hollows

                UNITED STATES MAGISTRATE JUDGE

jo1599.eot(4)

1