IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO'VON JORDAN,<br><br>      Petitioner,<br><br>    v.<br><br>A. MALFI, Warden, et al,<br><br>      Respondents. | Case No. CIV S-06-1599 RRB GGH<br><br>ORDER |

**IT IS HEREBY ORDERED that** the new deadline for petitioner to file his Reply, with memorandum of points and authorities, is April 30, 2008.

Dated: 04/08/08                    /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

jo1599.eot(r)

1