IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,           No. CIV S-06-1599 JAM GGH P

  vs.

A. MALFI,

    Respondents.        <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's April 29, 2008, request for extension of time is granted; petitioner's reply is due on or before May 30, 2008.

DATED: 05/06/08

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

jo1599.eot(2)