IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

    Petitioner,               No. CIV S-06-1599 JAM GGH P

   vs.

A. MALFI, et al.,

    Respondents.        <u>ORDER</u>

_____/

      Good cause appearing, IT IS HEREBY ORDERED that petitioner's May 21, 2008, request for extension of time is granted; petitioner's reply is due on or before June 20, 2008.

DATED: 05/30/08

                                          /s/ Gregory G. Hollows
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

jo1599.eot(3)

1