IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

       Petitioner,                     No. CIV S-06-1599 JAM GGH P

    vs.

A. MALFI,

       Respondents.                <u>ORDER</u>

                                /

       Good cause appearing, IT IS HEREBY ORDERED that petitioner's June 19, 2008, request for extension of time is granted; petitioner's reply is due on or before July 21, 2008.

DATED: 06/26/08

                                  /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

jo.eot

1