Meredith Fahn, SBN 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
Tel:  (408)267-1141
Fax:  (408)266-2200
Email:  fahn@sbcglobal.net

Attorney for Petitioner,
JO'VON JORDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO'VON JORDAN, | Case No. CIV S-06-1599 JAM GGH P |
| Petitioner, | **PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE REPLY; ORDER** |
| v. | |
| A. MALFI, Warden, et al, | |
| Respondents. | |

Petitioner Jo'Von Jordan, by and through his counsel of record, requests a 14-day extension of time to file his Reply, from July 21, 2008 (current deadline) to August 4, 2008 (requested new deadline).

Petitioner submits that good cause exists for this extension, in that his counsel is a solo practitioner who has been ill in the past week, and has nearly completed the memorandum of points and authorities in reply, and needs the time requested in order to complete the papers.

This is the fifth extension requested with respect to the Reply.  Counsel is requesting 14 days only; no further extensions are contemplated.  Respondent's counsel, Deputy Attorney General Harry Colombo, has stated that he has no objection to the proposed extension.

1

This application is supported by the Declaration of Meredith Fahn, Attorney for Petitioner.

Dated: July 21, 2008                              /s/ Meredith Fahn

**DECLARATION OF MEREDITH FAHN**

I, MEREDITH FAHN, do declare:

1. I am attorney for petitioner Jo'Von Jordan, appointed by the court on September 26, 2006 (#8) to represent him in his petition for writ of habeas corpus, filed by petitioner in pro se on July 19, 2006.  (#1)

2. Respondents filed their Answer and supporting memorandum of points and authorities on February 29, 2008.  (#41)  Petitioner does wish to file a memorandum of points and authorities in reply to the Answer.  That reply is due July 21, 2008.  This is the fifth request for an extension of time to file petitioner's Reply.

3. I am a solo practitioner, and my processing of cases has been disrupted was earlier disrupted because I had a miscarriage in the latter half of May.  By now I have recuperated from that, but I was ill with a fever in the past week, which set me back with my completion of the petitioner's reply papers.

4. I have been working diligently on the reply papers, but am not ready to file them. The reply papers are nearly completed; however, in the next week, I must also file an appellant's opening brief in *Olivas v. Neven,* United States Court of Appeals, 9th Circuit, no. 8-15330.  With that in mind, the time requested will be sufficient for me to finalize the nearly-completed Reply papers in the instant case. Accordingly, I do need the additional time requested.

2

5. On July 21, 2008, I sent an email to respondents' counsel, Deputy Attorney General Harry Colombo and notified him of this application. Mr. Colombo emailed me back and stated that he had no objection this request.

I swear under penalty of perjury that the aforementioned statements are true and correct to the best of my knowledge.

Executed on this 21st day of July, 2008, at San Jose, California.

/s/ Meredith Fahn

3

*Jordan v. Malfi*, case no. CIV S-06-1599 RRB GGH
PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE REPLY; PROPOSED ORDER

**ORDER**

It is so ordered. For good cause shown, the new deadline for petitioner to file his Reply, with memorandum of points and authorities, is August 4, 2008.

Dated: 07/23/08       /s/ Gregory G. Hollows
                     GREGORY G. HOLLOWS
                     UNITED STATES MAGISTRATE JUDGE

**Jord1599.eot**

4

*Jordan v. Malfi*, case no. CIV S-06-1599 RRB GGH
PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE REPLY; PROPOSED ORDER