Meredith Fahn, SBN 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
Tel:  (408)267-1141
Fax:  (408)266-2200
Email:  fahn@sbcglobal.net

Attorney for Petitioner,
JO'VON JORDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO'VON JORDAN,<br><br>   Petitioner,<br><br>   v.<br><br>A. MALFI, Warden, et al,<br><br>   Respondents. | Case No. CIV S-06-1599 JAM GGH P<br><br>**PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO ALLOW LATE-FILED MEMORANDUM; DECLARATION OF MEREDITH FAHN; ORDER** |

   Petitioner Jo'Von Jordan, by and through his counsel of record, requests that this Court grant enlargement of time to allow late filing of his memorandum of points and authorities in support of petition for writ of habeas corpus.

   On petitioner's application and without objection by respondent, the Court granted permission to file this memorandum by August 4, 2008.  (#53)  Petitioner's counsel has submitted the memorandum via ECF (#54), but did so August 5, 2008 (at 12:27 am, 27 minutes past the deadline) after having some difficulty with conversion to a .pdf file for electronic filing.

PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO ALLOW
LATE-FILED MEMORANDUM; DECLARATION OF MEREDITH FAHN;
PROPOSED ORDER

Petitioner's counsel apologizes and requests that this Court grant enlargement of time, so that the late-filed document will be deemed timely as filed on August 5, 2008.

Respectfully submitted,

Dated: August 5, 2008                    /s/ Meredith Fahn

## DECLARATION OF MEREDITH FAHN

I, MEREDITH FAHN, do declare:

1. I am an attorney at law, licensed and admitted to practice all the state courts of California, before this Court (U.S. District Court, Eastern District of California) and before the U.S. Court of Appeals, Ninth Circuit. I make this declaration in support of petitioner's application for enlargement of time to allow late filing of his memorandum of points and authorities in reply to answer to petition for writ of habeas corpus.

2. I completed the memorandum well before midnight, needing only to convert the file from Word to .pdf in order to file it electronically. I attempted to convert the document, but my Adobe Acrobat program gave me an error message. This is a first for me, having converted Word documents to .pdf files on this computer, with this program, dozens of times. I tried to fix the program but could not do so without first uninstalling and reinstalling my Adobe Acrobat program. The uninstall and installation processes took quite a bit of time and put me past the midnight deadline. I changed the proof of service to reflect the correct date and then proceeded with the ECF filing, in order to do my best to comply with timeliness and to ensure service of the memorandum to counsel for respondents.

3. I am also submitting this request to acknowledge my lateness, to apologize, and to request that the Court excuse my lateness by ordering an enlargement of time to August 5, 2008, so that the filing will be timely.

2

PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO ALLOW LATE-FILED MEMORANDUM; DECLARATION OF MEREDITH FAHN; PROPOSED ORDER

I swear under penalty of perjury under the laws of the United States that the aforementioned statements are true and correct to the best of my knowledge.

Executed on this 5th day of August, 2008, at San Jose, California.

/s/ Meredith Fahn

**ORDER**

It is so ordered. For good cause shown, the Court grants an enlargement of time, so that the late-filed memorandum of points and authorities in reply to answer to petition for writ of habeas corpus (#54) shall be deemed timely as filed on August 5, 2008.

Dated: 08/07/08        /s/ GREGORY G. HOLLOWS
                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

Jord1599.eot2

PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO ALLOW LATE-FILED MEMORANDUM; DECLARATION OF MEREDITH FAHN; PROPOSED ORDER