IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jo'von Jordan,

    Petitioner,          No. 2:06:cv-01599-MDS

  vs.                         <u>ORDER</u>

Malfi, Warden,

    Respondent.
_____/

    IT IS HEREBY ORDERED that the Respondent or his counsel, the California Attorney General, shall within ten days of the filing of this Order lodge the following document with this court:

    A <u>complete</u> copy of the decision by the California Court of Appeal denying Petitioner's direct appeal, filed on March 29, 2005.

DATED: January 16, 2009

                                      /s/ Milan D. Smith, Jr.
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation