IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO'VON JORDAN,

     Petitioner,                Case No. CIV S-06-1599-MDS

     vs.                       ORDER

A. MALFI, Warden, et al.,

     Respondents.

_____/

     Jo'von Jordan has timely filed a notice of appeal from this court's April 10, 2009 order denying his petition for habeas corpus. A certificate of appealability is required for the appeal to proceed. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, an issue must be "debatable among jurists of reason," capable of being resolved differently or "adequate to deserve encouragement to proceed further." *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). For the reasons stated in the April 10, 2009 order, neither of the issues for which Jordan requests a certificate of appealability meets the standard. A certificate of appealability is therefore DENIED.

DATED: April 20, 2009

1

1

/s/ Milan D. Smith, Jr.
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28